298 F.2d 443
 NORTH AMERICAN VAN LINES, INC., Appellant,
v.
AERO MAYFLOWER TRANSIT COMPANY, Inc., et al.
 No. 16888.
 United States Court of Appeals Eighth Circuit.
 January 17, 1962.
 
 1
 Appeal from the United States District Court for the Western District of Missouri.
 
 
 2
 Appeal from District Court dismissed on motion of appellee Aero Mayflower Transit Co.
 
 
 3
 William J. Burrell, Kansas City, Mo., for appellant.
 
 
 4
 Sam D. Parker, Kansas City, Mo., for appellee-Aero Mayflower and James L. Beatty.